**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Reehan Malik v. Geico Advantage Insurance Company, Inc., Tara
                         Carthew, Robert M. Miller, Tony Nicely, and Sura Omar

Appellate case number:   01-19-00489-CV

Trial court case number: 2018-62710

Trial court:             333rd District Court of Harris County

Appellant, Reehan Malik, has filed a motion to extend time to file his appellate brief, which does not comply with the Rules. *See* Tex. R. App. P. 10.1(a)(5) (requiring certificate of conference stating appellant conferred, or made reasonable attempt to confer, with all parties about merits of motion and whether those parties oppose motion); Tex. R. App. P. 10.1(b)(1)(D) (requiring motion to state number of previous extensions granted). Nevertheless, appellant filed his brief on October 11, 2019. Accordingly, appellant's motion is GRANTED.

It is so ORDERED.

Judge's signature:     /s/  Evelyn V. Keyes
                       ☑ Acting individually      ☐ Acting for the Court


Date:     October 17, 2019